1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN MILLSAP,                          Case No. 1:20-cv-00726-EPG (PC)

12                 Plaintiff,

13        v.                                 ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
14   T. STANFIELD, et al.,                   EASTERN DISTRICT OF CALIFORNIA

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights action pursuant to 42

18   U.S.C. § 1983.

19        In his complaint, Plaintiff alleges violations of his civil rights by Defendants.  The alleged

20   violations took place in Sacramento County, which is part of the Sacramento Division of the

21   United States District Court for the Eastern District of California.  Therefore, the complaint

22   should have been filed in the Sacramento Division.

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the Court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.

26        Good cause appearing, IT IS HEREBY ORDERED that:

27        1.  This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Sacramento; and

                                          1

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **May 27, 2020**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE