UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MILLSAP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. STANFIELD, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1063 AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff requests voluntary dismissal of this case without prejudice on the ground that he commenced it before exhausting his administrative remedies. See ECF No. 10. For good cause shown, plaintiff's request will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. This action is dismissed without prejudice; and

　　　　2. The Clerk of Court is directed to close this case forthwith.

DATED: June 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE